MURRAY J. HOPPOCK ET AL. v. WILLIAM H. CHAMBERS ET AL.

*Municipal corporations—Injunction—Parties.*

The contractor is a necessary party to a bill filed by tax-payers against the president, clerk, treasurer, and trustees of a village, to restrain the payment of moneys under a contract entered into by the village council for furnishing a water supply.

Appeal from Benzie. (Judkins, J., presiding.) Submitted on briefs June 28, 1893. Decided July 25, 1893.

Bill to restrain the payment of moneys on a contract for a water supply for a village. Complainants appeal. Decree affirmed. The facts are stated in the opinion.

*Pratt & Davis,* for complainants.

*D. G. F. Warner* and *E. E. Benedict,* for defendants.

McGRATH, J. This is a bill by certain tax-payers of the

village of Frankfort against the trustees and officers of said village, to restrain the payment of moneys under a contract entered into in May, 1890, by the council, with George L. Davis, trustee, for a water supply to said village. After the execution of said contract a corporation was formed, which succeeded to all the rights of said George L. Davis under said contract.

The bill is fatally defective, in that neither said Davis nor said corporation, so succeeding to his rights, is made a party defendant thereto. All the parties in interest, and whose rights may be affected, ought to be made parties. Jenn. Ch. Pr. 21, 22; Puter. Pl. & Pr. (Mich.) 37. The other parties to the contract in question would not be concluded by any decree herein, and the village, in case of a decree against it, would be subject to still further litigation.

The decree of the court below, dismissing the bill, is affirmed, with costs to defendants.

The other Justices concurred.